# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GILBERTO OLIVERA (1),<br><br>　　　　　　　Defendant. | CASE NO. 15CR2470-BAS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

XX 　the Court has granted the motion of the Government for dismissal, without prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

XX 　of the offense(s) as charged in the Indictment/Information:

　　　　8 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 2, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　U.S. District Judge